USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Israel Cruz,

                Plaintiff,

-against-

La Nueva Sabrosura Restaurant, Inc., et al.,

                Defendants.

1:20-cv-00302 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 5.) The Plaintiff shall appear for a Telephone Conference on Thursday, March 12, 2020 at 10:30 a.m. to discuss the status of this case. The Plaintiff shall call the Court's conference line at 212-805-0110 at the scheduled time.

**SO ORDERED.**

DATED:    New York, New York
            March 4, 2020

_____
STEWART D. AARON
United States Magistrate Judge