UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Israel Cruz,

    Plaintiff,

-against-

La Nueva Sabrosura Restaurant, Inc., et al.,

    Defendants.

1:20-cv-00302 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held before me today, and for the reasons stated on the record, IT IS HEREBY ORDERED, that in the event that by Monday, April 13, 2020, Defendant La Nueva Sabrosura Restaurant, Inc. has not appeared through counsel and the individual Defendants have not appeared either through counsel or *pro se*, Plaintiff shall request a Clerk's Certificate of Default. Such Certificate shall be sought no later than April 20, 2020 from the Clerk of the Court pursuant to Local Civil Rule 55.1.

**SO ORDERED.**

DATED:    New York, New York
             March 12, 2020

_____
STEWART D. AARON
United States Magistrate Judge