UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Israel Cruz,

                      Plaintiff,

-against-

La Nueva Sabrosura Restaurant, Inc., et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2020

1:20-cv-00302 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      No later than Friday, June 19, 2020, Plaintiff shall file an Order to Show Cause for default judgment in accordance with Judge Gardephe's Individual Rules of Practice.

**SO ORDERED.**

DATED:      New York, New York
                May 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge