USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/18/2020__

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

June 18, 2020

**REQUEST FOR
EXTENTION OF TIME**

**BY ECF**

Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: 6/18/2020

*/s/ Stewart D. Aaron*

    Re:    *Jose Israel Cruz v. La Nueva Sabrosura Restaurant, Inc., et. al.*
    Case No.:    20 Civ. 302 (PGG) (SDA)

Dear Judge Aaron,

    We are counsel to plaintiff, and we write with reference to the court's order dated May 20, 2020 [Docket 17], which requires plaintiff to file an order to show cause by tomorrow.

    The order to show cause has taken longer to prepare due to our remote working environment. In addition, last week we reached out to Judge Gardephe's chambers regarding how to present the order. We respectfully request a two (2) week extension to present the order to show cause to the District Court. The defendants remain in default and no pending deadlines will be affected.

    We thank the court for its consideration of this matter.

                        Respectfully,

                        */s/ Peter Hans Cooper*

                        Peter H. Cooper

cc:    Defendants (Via E-Mail to Michael Murphy)