USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/2/2020__

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

October 1, 2020

**REQUEST FOR ADJOURNMENT**

**BY ECF**

Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Request GRANTED. The telephonic initial conference is adjourned to October 29, 2020 at 10:00 a.m. SO ORDERED.
> Dated: 10/2/2020
> *[signature: Stewart D. Aaron]*

    Re:    *Jose Israel Cruz v. La Nueva Sabrosura Restaurant, Inc., et. al.*
    Case No.:    20 Civ. 302 (PGG) (SDA)

Dear Judge Aaron,

    We are counsel to plaintiff, and we write with reference to the court's order dated August 10, 2020 [Docket 31], which schedules an initial conference on October 15, 2020.

    The parties are preparing for and scheduled to mediate the case with the court-appointed mediator on October 21, 2020. For that reason, after conferring with defense counsel, we jointly request that the conference be adjourned for two (2) weeks, to October 29, 2020 or as soon thereafter as the court is available. As such, the parties will be able to devote resources to resolve the case and report to the court the outcome of the mediation at the conference, and ready to open formal discovery if necessary.

    This is a joint request and no other deadlines will be impacted, apart from the court's requirement to file a pre-conference proposed case management order.

    We thank the court for its consideration of this matter.

    Respectfully,

    /s/ Peter Hans Cooper

    Peter H. Cooper

cc:    Defendants (Via ECF)