USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

October 22, 2020

**STATUS REPORT AND
REQUEST FOR EXTENSION**

**BY ECF**

| | |
|---|---|
| Honorable Stewart D. Aaron, U.S.M.J.<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, New York 10007 | Request GRANTED. SO ORDERED.<br>Dated: 10/23/2020<br><br>*/s/ Stewart D. Aaron* |

   Re:     *Jose Israel Cruz v. La Nueva Sabrosura Restaurant, Inc., et. al.*
Case No.:  20 Civ. 302 (PGG) (SDA)

Dear Judge Aaron,

     We are counsel to plaintiff, and we write with reference to the court's order dated October 2, 2020 [Docket 35], which schedules an initial conference next week.

     Yesterday the parties met with the court-assigned mediator, and we resolved the case in principal. The terms will be memorialized in a written settlement agreement.

     We respectfully ask the court to order that the parties submit the settlement agreement for approval within the next thirty (30) days.

     In the meantime, we ask the court to adjourn all other pending deadlines and the scheduled appearance *sine die*.

     We thank the court for its consideration of this matter.

Respectfully,

/s/ Peter Hans Cooper

Peter H. Cooper

cc:    Defendants (Via ECF)