```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Israel Cruz,

                Plaintiff,

-against-

La Nueva Sabrosura Restaurant, Inc., et al.,

                Defendants.

1:20-cv-00302 (PGG) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        The parties shall appear via Telephone for a conference in the above-captioned matter on Tuesday, December 15, 2020, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
             December 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge