UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Israel Cruz,

                Plaintiff,

-against-

La Nueva Sabrosura Restaurant, Inc., et al.,

                Defendants.

1:20-cv-00302 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      This case contains claims under the Fair Labor Standards Act. On December 17, 2020 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 41.) On January 19, 2021 the parties submitted their proposed settlement agreement. (ECF No. 46.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Clerk is requested to close the case.

**SO ORDERED.**

DATED:    New York, New York
               January 22, 2021

                                        STEWART D. AARON
                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2021